UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>FAYSAL KALAYAF MANAHE,<br>YASER AALI,<br>AMMAR ALKINANI, and<br>QUASIM SAESAH | 2:22-cr-00013-JAW |

## SPEEDY TRIAL ORDER

This matter comes before the court upon the Defendant Qasim Saesah's *Unopposed Motions to Extend Pretrial Motion Deadline to May 31, 2022, to Continue Case to September 2022 Trial List, and to Waive Speedy Trial* (Dkt. 59).  In that motion, Defendant Saesah seeks an extension of the deadline to file pretrial motions to May 31, 2022 and a continuance of the trial date to the September, 2022 trial list.  In support of that motion, Defendant Saesah represents that:

1. The case is currently on the May 2022 trial list.

2. The pretrial motions deadline is currently set for April 8, 2022.

3. The government has provided a significant amount of discovery in this matter, and that additional discovery will be produced.

4. Defense counsel needs additional time to obtain and review all discovery, conduct research, and confer with the Defendant.

5. Defendant Saesah understands and waives his speedy trial rights.

6. Defendants Manahe, Aali, and Alkinani do not object to the motion and also understand and waive their speedy trial rights.

7. Defendant Saesah respectfully asks that the court extend the pretrial motions deadline to May 31, 2022, and continue the case to the September 2022 trial list.

8. The Government, by and through trial attorney Nolan Mayther, has no objection to the continuance.

After full consideration of these representations and after full consideration of the record in this case, the court hereby incorporates such representations as findings of fact.  Taking into consideration the factors set forth in Title 18, United States Code, Section 3161(h)(7)(B), the court can and does find that the ends of justice served by the requested continuance outweigh the best interests of the public and of the defendants in a speedy trial.

**IT IS HEREBY ORDERED THAT:**

1. The Motion is hereby **GRANTED**;

2. The deadline for filing pretrial motions is extended from April 8, 2022, until May 31, 2022;

3. This case shall be placed on the September 2022 trial list;

4. The time periods  between April 8, 2022, and  May 31, 2022 and May 2, 2022, through and including September 6, 2022, are hereby excluded from calculations under the Speedy Trial Act, Title 18, United States Code, Section 3161 *et seq*; and

5. Any codefendant objecting to the new deadline(s) set forth in this Order shall file a specific objection within 5 business days of the entry of this Order.  If there is such an objection, the government shall be given leave to respond to the objection within 5 business days.

**SO ORDERED.**

Dated this 5th day of April, 2022

/s/ John A. Woodcock, Jr.
JOHN A. WOODCOCK, JR.
UNITED STATES DISTRICT JUDGE
