# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MAINE

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>FAYSAL KALAYAF MANAHE,<br>YASER AALI,<br>AMMAR ALKINANI, and<br>QUASIM SAESAH<br><br>       Defendants. | 2:22-cr-00013-JAW |

### ORDER ESTABLISHING PROCEDURE FOR
### CRIME VICTIM NOTIFICATION PURSUANT TO 18 U.S.C. § 3771

THIS CAUSE comes before the Court upon the Government's Supplemental Motion for Alternative Victim Notification Under 18 U.S.C. § 3771(d)(2) (ECF No. 64). Upon review and consideration, it is hereby ORDERED:

1. The Government's Supplemental Motion for Alternative Victim Notification Under 18 U.S.C. § 3771 (ECF No. 64) is GRANTED.

2. To satisfy the crime victim notification requirements set forth in 18 U.S.C. § 3771, the Government will promptly provide actual notice by victim notification letters in English and Arabic to any Personal Support Specialists ("PSS workers") for which it has contact information.

3. Further, the Government will provide reasonable, accurate, and timely notice in English and Arabic to the broader PSS worker population in the Arabic-speaking community in the Portland, Maine area, including by posting alerts and updates (I) on a case-specific website hosted on http://www.justice.gov/largecases

and http://www.justice.gov/atr/victims-rights; (II) on social media directing victims to the case-specific website; and (III) in physical printed copies at key social hubs frequented by potential victims.

SO ORDERED.

/s/ John A. Woodcock, Jr.
JOHN A. WOODCOCK, JR.
UNITED STATES DISTRICT JUDGE

Dated this 14th day of June, 2022