UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>FAYSAL KALAYAF MANAHE,<br>YASER AALI,<br>AMMAR ALKINANI, and<br>QUASIM SAESAH | 2:22-cr-00013-JAW |

## SPEEDY TRIAL ORDER

This matter comes before the court upon the parties *Joint Motion to Continue Trial to the March 2023 Trial List and for a Date Certain*. (ECF No. 130). In that motion, the parties jointly seek a continuance of trial to a date certain in March 2023. In support of that motion, the parties represent that:

1. The defendants are not in custody and the court has entered conditions of release as to all defendants. (ECF Nos. 29, 33, 46, 51).

2. The current trial date of December 2022 poses anticipated conflicts for the jury pool, witnesses, court-appointed interpreters, and counsel for all parties.

3. A date certain in March 2023 will eliminate end-of-year holiday conflicts for jurors, interpreters, and witnesses, and would provide the parties time to prepare for trial with as few scheduling conflicts as possible.

4. The defendants understand and waive their speedy trial rights.

After full consideration of these representations and after full consideration of the record in this case, the court hereby incorporates such representations as findings of fact. Taking into consideration the factors set forth in Title 18, United States Code, Section 3161(h)(7)(A), the court can and does find that the ends of justice served by the requested continuance outweigh the best interests of the public and of the defendants in a speedy trial.

**IT IS HEREBY ORDERED THAT:**

1. The Joint Motion to continue trial is hereby **GRANTED**;

2. This matter shall be removed from the December, 2022 trial list and placed on the March, 2023 trial list;

3. The Joint Motion for Date Certain is **GRANTED**. Trial will be set at a video conference of counsel that shall be scheduled by the Clerk's Office.

4. The time period commencing on December 5, 2022, and continuing through and including March 6, 2023, is hereby excluded from calculations under the Speedy Trial Act, Title 18, United States Code, Section 3161 *et seq*.

5. Any codefendant objecting to the new deadline(s) set forth in this Order shall file a specific objection within 5 business days of the entry of this Order. If there is such an objection, the Government shall be given leave to respond to the objection within 5 business days.

**SO ORDERED.**

Dated this 26th day of October, 2022

/s/ John A. Woodcock, Jr.
JOHN A. WOODCOCK, JR.
U.S. DISTRICT JUDGE