| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) CRIMINAL NO. |
| | ) |
| FAYSAL KALAYAF MANAHE | ) 2:22-cr-00013-JAW |
| YASER AALI | ) |
| AMMAR ALKINANI | ) |
| QUASIM SAESAH | ) |

## ORDER OF DISCHARGE

It appearing that the defendants are now entitled to be discharged for the reason that a jury verdict of not guilty was returned,

IT IS THEREFORE ADJUDGED THAT THE DEFENDANTS, FAYSAL KALAYAF MANAHE, YASER AALI, AMMAR ALKINANI, AND QUASIM SAESAH, ARE HEREBY DISCHARGED of the offense of Conspiracy in Restraint of Interstate Trade and Commerce as charged in count one of the Indictment, pursuant to Rule 48(a), Fed. R. Crim. P.

Dated this 22nd day of March, 2023.

/s/ John A. Woodcock, Jr.
U. S. District Court Judge